IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CONNECTQUEST LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>ŌURA HEALTH OY,<br>                    Defendant. | Case No. 6:23-cv-00421<br><br>**Jury Trial Demanded** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff ConnectQuest LLC ("ConnectQuest") files this Complaint against Ōura Health Oy (hereinafter "Ōura") for infringement of United States Patent Nos. 9,998,906; 8,831,642; 9,674,688; and 9,219,979 (the "Patents-in-Suit"), and alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*

## THE PARTIES

2.      Plaintiff ConnectQuest LLC is a s a limited liability company organized and existing under the laws of Connecticut with its principal place of business at 44 Hedgehog Lane, West Simsbury, CT 06092.

3.      On information and belief, defendant Ōura is a Finnish osakeyhtiö with its principal place of business at Elektroniikkatie 10, 90590, Oulu, Finland.

## JURISDICTION AND VENUE

4. This is a claim for patent infringement and arises under the patent laws of the United States, Title 35 of the United States Code, 35 U.S.C. § 1 et seq.

5. This Court has jurisdiction over the subject matter of this claim under 28 U.S.C. §§ 1331 and 1338(a).

6. On information and belief, Ōura, on their own and/or via their divisions, subsidiaries, partners, and affiliates maintain a corporate and commercial presence in the United States, including in the State of Texas and this judicial district, via at least 1 Ōura's online presence.

7. On information and belief, Ōura, as well as the hardware and software components comprising the Ōura Products, which include without limitation the Ōura Ring and Ōura App, (collectively, "Ōura System") infringe (literally and/or under the doctrine of equivalents) at least one claim of each of the patents-in-suit.

8. This Court has personal jurisdiction over Ōura, at least, because it committed and continues to commit acts of infringement in this judicial district in violation of 35 U.S.C. §§ 271(a). In particular, on information and belief, Ōura has made, used, imported, offered to sell access to, and/or sold access to the accused Ōura Products in the Western District of Texas.

9. On information and belief, Ōura is subject to the Court's jurisdiction because it regularly conducts and solicits business, or otherwise engages in other persistent courses of conduct in this judicial district, and/or derives substantial revenue from the use, sale, and distribution of goods and services, including but not limited to

the accused Ōura Products to individuals and businesses in the Western District of Texas.

10.    On information and belief, Ōura directly infringes the patents-in-suit in Texas, including specifically the Western District of Texas, at least, by making, using, importing, offering to sell access to, and/or selling access to the accused Ōura Products in the Western District of Texas.

11.    On information and belief, Ōura's customers located in the Western District of Texas have obtained access to and used the accused Ōura Products while located in the Western District of Texas

12.    On information and belief, Ōura has litigated and/or is litigating cases before this Court in which it admitted that venue was proper, did not contest personal jurisdiction and/or venue, and/or filed counterclaims.  Specifically, Ōura has not contested venue and jurisdiction as a defendant in *Healthness LLC v. Ōura Health Oy,* Civil Case No. 6-22-cv-00868 (WDTX). Additionally, Ōura has filed suit in this district as the plaintiff in a patent infringement lawsuit in *Ōura Health Oy v. Circular SAS*, Civil Case No. 6-22-cv-00478 (WDTX).

13.    The Court has personal jurisdiction over Ōura, at least, because it has continuous business contacts in the State of Texas and in the Western District of Texas and Ōura has engaged in business activities including transacting business in the Western District of Texas and purposefully directing its business activities, including the sale or offer for sale of the Ōura Products to the Western District of Texas to induce, aid, abet, and/or contribute to the infringement of third parties in the Western District

of Texas, including without limitation the direct infringement of Ōura's customers located in the Western District of Texas through the use of Ōura Products while they are located within the Western District of Texas.

14.    This Court has personal jurisdiction over Ōura because, *inter alia*, Ōura, on information and belief: (1) has committed acts of patent infringement in this Western District of Texas; (2) has substantial, continuous, and systematic contacts with this State and the Western District of Texas; (3) enjoys substantial income from its operations and sales in this State and the Western District of Texas; (4) has availed itself of Courts located in the Western District of Texas; and (5) solicits business relating to the Ōura Products in this State and the Western District of Texas.

15.    On information and belief, Ōura supports and markets the Ōura Products in the State of Texas and this Judicial District, to customers and potential customers, who reside in the State of Texas and in this judicial district through various means, including through the efforts of its agents and/or employees who reside in the Western District of Texas.

16.    Alternatively, this Court has personal jurisdiction over Ōura pursuant to Fed. R. Civ. P. 4(k)(2), to the extent it is not subject to personal jurisdiction in the courts of any state because Ōura is a foreign entity organized under the laws of Finland. Plaintiff's claims arise under federal patent law, and the exercise of jurisdiction satisfies due process requirements, at least because, upon information and belief, Ōura has systematic and continuous contacts throughout the United States by manufacturing,

importing, marketing, and/or distributing Ōura products by itself or through its parent

corporation, subsidiaries and/or affiliates

17.     Venue is proper pursuant to 28 U.S.C. §§ 1391(b), (c), (d) and/or 1400(b),

at least because Ōura is a foreign entity that may be sued in any judicial district.

## THE PATENTS-IN-SUIT

### United States Patent No. 9,998,906

18.     On June 12, 2018, the United States Patent and Trademark Office

("USPTO") duly and legally issued United States Patent No. 9,998,906 ("the '906

patent") entitled "Close proximity notification system" to inventor David Moldavsky

and Joseph A. Tocco.

19.     The '906 patent is presumed valid under 35 U.S.C. § 282.

20.     ConnectQuest owns all rights, title, and interest in the '906 patent.

21.     ConnectQuest has not granted Ōura an approval, an authorization, or a

license to the rights under the '906 patent.

22.     The '906 patent relates to, among other things, location-dependent

provision of data and information to a wireless communication device.

23.     The claimed invention(s) of the '906 patent sought to solve problems with,

and improve upon, information exchange and in general, to provide information to a

mobile device when the mobile device is located at a geographic location within a space

defined by an effective reception range of a short-range wireless communication

transceiver.

## United States Patent No. 8,831,642

24.     On September 09, 2014, the USPTO duly and legally issued United States Patent No. 8,831,642 ("the '642 patent") entitled "Close proximity notification system" to inventors David Moldavsky and Joseph A. Tocco.

25.     The '642 patent is presumed valid under 35 U.S.C. § 282.

26.     ConnectQuest owns all rights, title, and interest in the '642 patent.

27.     ConnectQuest has not granted Ōura an approval, an authorization, or a license to the rights under the '642 patent.

28.     The '642 patent relates to, among other things, location-dependent provision of data and information to a wireless communication device.

29.     The claimed invention(s) of the '642 patent sought to solve problems with, and improve upon, information exchange and in general, to provide information to a mobile device when the mobile device is located at a geographic location within a space defined by an effective reception range of a short-range wireless communication transceiver.

## United States Patent No. 9,674,688

30.     On June 06, 2017, the USPTO duly and legally issued United States Patent No. 9,674,688 ("the '688 patent") entitled "Close proximity notification system" to inventors CoDavid Moldavsky and Joseph A. Tocco.

31.     The '688 patent is presumed valid under 35 U.S.C. § 282.

32.     ConnectQuest owns all rights, title, and interest in the '688 patent.

33.     ConnectQuest has not granted Ōura an approval, an authorization, or a license to the rights under the '688 patent.

34.     The '688 patent relates to, among other things location-dependent provision of data and information to a wireless communication device and the retrieval of information from a retrieval location.

### United States Patent No. 9,219,979

35.     On December 22, 2015, the USPTO duly and legally issued United States Patent No. 9,219,979 ("the '979 patent") entitled "Beacon for close proximity notification system" to inventors David Moldavsky and Joseph A. Tocco.

36.     The '979 patent is presumed valid under 35 U.S.C. § 282.

37.     ConnectQuest owns all rights, title, and interest in the '979 patent.

38.     ConnectQuest has not granted Ōura an approval, an authorization, or a license to the rights under the '979 patent.

39.     The '979 patent relates to, among other things, location-dependent provision of information to a mobile device and the retrieval of information from a retrieval location.

### CLAIMS FOR RELIEF

### Count I – Infringement of United States Patent No. 9,998,906

40.     ConnectQuest repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

41.     On information and belief, Ōura is in violation 35 U.S.C. § 271(a) with respect to one or more claims of the '906 patent.

42.     On information and belief, Ōura (or those acting on its behalf) makes, uses, sells, imports and/or offers to sell the Ōura Ring and Ōura App (collectively, "Ōura System"); and makes, uses, sells, sells access to, imports, offers to sell and/or offers to sell access to the Ōura System in the United States that infringe (literally and/or under the doctrine of equivalents) at least claim 1 of the '906 patent.

43.     On information and belief, one or more components of the Ōura System employ and provide a method for providing information to mobile devices in close proximity. The method includes listening (*e.g.*, Searching for nearby Bluetooth devices), by an "app" (application) (*e.g.*, Ōura App) on a wireless communication device (*e.g.*, user's smartphone), for a plurality of short-range wireless communication (*e.g.*, Bluetooth signals).



*See e.g.,* https://www.youtube.com/watch?v=FsHdMzLTUbU



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4411128662291.

44.    On information and belief, one or more components of the Ōura System employ and provide a method for receiving a short-range wireless communication (*e.g.,* receiving a Bluetooth signal) from a short-range wireless communication transceiver (*e.g.,* Ōura ring), the short-range wireless communication including a signal that includes an identification code (*e.g.,* Bluetooth device address), the wireless communication device located at a geographic location within a space defined by an effective reception range of the short-range wireless communication transceiver (*e.g.,* effective Bluetooth signal range of the Ōura ring).



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4411128662291.

## What is Bluetooth Address (BD_ADDR)

Bluetooth Device Address (or BD_ADDR) is a unique 48-bit identifier assigned to each Bluetooth device by the manufacturer.

Bluetooth Address is usually displayed as 6 bytes written in hexadecimal and separated by colons (example - 00:11:22:33:FF:EE).

The upper half of a Bluetooth Address (most-significant 24 bits) is so called Organizationally Unique Identifier (OUI). It can be used to determine the manufacturer of a device (Bluetooth MAC Address Lookup form). OUI prefixes are assigned by the Institute of Electrical and Electronics Engineers (IEEE).

Additionaly to identification, Bluetooth Device Address is used to determine the frequency hopping pattern in radio communication between Bluetooth devices.

*See e.g.,* https://macaddresschanger.com/what-is-bluetooth-address-BD_ADDR.

**Device Proximity Guidelines**

Your Oura Ring must be within Bluetooth range in order to sync its recorded data with the Oura App. The ring will collect data even when in Airplane Mode or not connected to the app.

*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4408961184147-General-FAQs.

45.　　On information and belief, one or more components of the Ōura System employ and provide a method for processing the signal by the application (*e.g.,* processing the Bluetooth pairing request) on the wireless communication device (*e.g.,* user's smartphone), the processing including identifying, based at least in part on the identification code (*e.g.,* Bluetooth device address), a retrieval location of information (*e.g.,* location of information on the Ōura device's memory) associated with the signal,

wherein the processing of the signal is performed exclusively by the wireless communication device and independently of any networks.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4411128662291.

**Bluetooth Addresses and Names**

Every single Bluetooth device has a unique 48-bit address, commonly abbreviated BD_ADDR. This will usually be presented in the form of a 12-digit hexadecimal value. The most-significant half (24 bits) of the address is an organization unique identifier (OUI), which identifies the manufacturer. The lower 24-bits are the more unique part of the address.

*See e.g.,* https://learn.sparkfun.com/tutorials/bluetooth-basics/how-bluetooth-works exchange/.

<u>Bluetooth works using short-range radio waves</u>, not an internet connection. This means that Bluetooth will work anywhere you have two compatible devices — you don't need any sort of data plan, or even a cellular connection.

*See e.g.,* https://www.businessinsider.com/guides/tech/does-bluetooth-use-data?IR=T



*See e.g.,* https://Ōuraring.com/Ōura-experience.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/11752397946003-Sleep-Staging-FAQs.

46.    On information and belief, one or more components of the Ōura System employ and provide a method for retrieving the information (*e.g.,* downloading information from the Ōura Ring) from the retrieval location (*e.g.,* a memory location) using the wireless communication device (*e.g.,* user's smartphone).



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4411128662291

When the exchange of pairing feature starts, the initiator and responder will exchange their pairing feature information with each other through pairing request and response. With the information, the initiator and responder can determine the I/O capabilities with each other, which pairing mechanism—legacy pairing or secure connection—should be used, and select the pairing method—**Just Work**, **Passkey Entry**, **Numeric Comparison** or **Out of Band**—to use in Phase2. We will explore the details in Part 2: Pairing Method and Key Generation.

*See e.g.,* https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/.

## Memory Capacity

We recommend you sync your Oura Ring daily with your Oura App. However, the Oura Ring is capable of storing up to one week of data depending on the type and frequency of use. This means that your ring can continue to collect data without syncing to your device for up to one week. This would apply in the case that you wanted to enable Airplane Mode for an extended period of time.

Airplane Mode can only be enabled for a maximum of 7 days. This is because Airplane Mode is automatically disabled each time your ring is placed back on its charger. Once Airplane Mode is disabled upon this action, a data sync between your ring and app will be initiated upon re-charging. If you'd like to keep Airplane Mode enabled for extended periods of time, you'll still need to charge your ring every few days for optimal battery performance and daily use. Be sure to re-enable Airplane Mode following the completion of charging—instructions on how to do so can be found in this article.

*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/360025428394.



17

*See e.g.*, https://Ōuraring.com/.

47.    On information and belief, one or more components of the Ōura System employ and provide a method wherein one or both of the wireless communication device (*e.g.*, user's smartphone) and the short-range wireless communication transceiver (*e.g.*, Ōura ring) are located on a mobile object.



*See e.g.*, https://Ōuraring.com/.



*See e.g.,* https://Ōuraring.com/

48.    ConnectQuest has been damaged by the direct infringement of Ōura and is suffering and will continue to suffer irreparable harm and damages as a result of this infringement.

### Count II – Infringement of United States Patent No. 8,831,642

49.    ConnectQuest repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

50.    On information and belief, Ōura is in violation 35 U. S. C. § 271(a) with respect to one or more claims of the '642 patent.

51.    On information and belief, Ōura (or those acting on its behalf) makes, uses, sells, imports and/or offers to sell the Ōura Products; and makes, uses, sells, sells access to, imports, offers to sell and/or offers to sell access to the Ōura System in the United States that infringe (literally and/or under the doctrine of equivalents) at least claim 1 of the '642 patent.

52.    On information and belief, one or more components of the Ōura System employ and provide a method for providing information to mobile devices in close proximity. The method includes providing information (*e.g.*, providing information about nearby Ōura rings such as device address, ring name, ring size, etc.) to a user of a mobile device.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4411128662291

  

*See e.g.,* https://www.youtube.com/watch?v=FsHdMzLTUbU.



*See e.g.,* https://Ōuraring.com/Ōura-experience.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/11752397946003-Sleep-Staging-FAQs.

53.    On information and belief, one or more components of the Ōura System employ and provide a method for receiving a signal from a geographic location that is positioned within a space defined by an effective reception range (*e.g.,* effective Bluetooth signal range) of a short-range wireless communication transmitter (*e.g.,* Ōura ring), wherein the signal is received from the short-range wireless communication

transmitter (*e.g.,* Ōura ring), the signal includes an identification code (*e.g.,* Bluetooth device address), and the receiving is by a mobile device (*e.g.,* user's smartphone) of a user located within the space.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4411128662291.

  

*See e.g.,* https://www.youtube.com/watch?v=FsHdMzLTUbU.

## What is Bluetooth Address (BD_ADDR)

Bluetooth Device Address (or BD_ADDR) is a unique 48-bit identifier assigned to each Bluetooth device by the manufacturer.

Bluetooth Address is usually displayed as 6 bytes written in hexadecimal and separated by colons (example - 00:11:22:33:FF:EE).

The upper half of a Bluetooth Address (most-significant 24 bits) is so called Organizationally Unique Identifier (OUI). It can be used to determine the manufacturer of a device (Bluetooth MAC Address Lookup form). OUI prefixes are assigned by the Institute of Electrical and Electronics Engineers (IEEE).

Additionally to identification, Bluetooth Device Address is used to determine the frequency hopping pattern in radio communication between Bluetooth devices.

*See e.g.,* https://macaddresschanger.com/what-is-bluetooth-address-BD_ADDR.

**Device Proximity Guidelines**

Your Oura Ring must be within Bluetooth range in order to sync its recorded data with the Oura App. The ring will collect data even when in Airplane Mode or not connected to the app.

See *e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4408961184147-General-FAQs.

54.    On information and belief, one or more components of the Ōura System employ and provide a method for processing the signal on the mobile device the processing including determining whether information associated with the signal is stored on the mobile device (*e.g.,* determining if an Ōura ring was previously paired based on the pairing information stored on the mobile device).



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4411128662291.



*See e.g.,* https://Ōuraring.com/Ōura-experience.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/11752397946003-Sleep-Staging-FAQs.

55.     On information and belief, one or more components of the Ōura System employ and provide a method for identifying a retrieval location of the information (*e.g.,* location of information on the Ōura device's memory) based on the determining and on the signal (*e.g.,* retrieving pairing information from the device identified by the Bluetooth device address to form a Bluetooth connection).



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4411128662291.

**Memory Capacity**

We recommend you sync your Oura Ring daily with your Oura App. However, the Oura Ring is capable of storing up to one week of data depending on the type and frequency of use. This means that your ring can continue to collect data without syncing to your device for up to one week. This would apply in the case that you wanted to enable Airplane Mode for an extended period of time.

Airplane Mode can only be enabled for a maximum of 7 days. This is because Airplane Mode is automatically disabled each time your ring is placed back on its charger. Once Airplane Mode is disabled upon this action, a data sync between your ring and app will be initiated upon re-charging. If you'd like to keep Airplane Mode enabled for extended periods of time, you'll still need to charge your ring every few days for optimal battery performance and daily use. Be sure to re-enable Airplane Mode following the completion of charging—instructions on how to do so can be found in this article.

*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/360025428394.



*See e.g.,* https://Ōuraring.com/.



*See e.g.,* https://Ōuraring.com/Ōura-experience.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/11752397946003-Sleep-Staging-FAQs.

56.     On information and belief, one or more components of the Ōura System employ and provide a method wherein the processing the signal is performed exclusively by a software application (*e.g.,* the Ōura App) located on the mobile device (*e.g.,* user's smartphone) and independently of any networks (*e.g.,* forming Bluetooth connection independent of cellular network).



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4411128662291



*See e.g.,* https://www.youtube.com/watch?v=FsHdMzLTUbU.

Bluetooth works using short-range radio waves, not an internet connection. This means that Bluetooth will work anywhere you have two compatible devices — you don't need any sort of data plan, or even a cellular connection.

*See e.g.,* https://www.businessinsider.com/guides/tech/does-bluetooth-use-data?IR=T.



*See e.g.,* https://Ōuraring.com/Ōura-experience.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/11752397946003-Sleep-Staging-FAQs.

57.    On information and belief, one or more components of the Ōura System employ and provide a method based on the processing, for retrieving the information from the retrieval location using the mobile device (*e.g.,* downloading information from the Ōura Ring).



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4411128662291.

## Memory Capacity

We recommend you sync your Oura Ring daily with your Oura App. However, the Oura Ring is capable of storing up to one week of data depending on the type and frequency of use. This means that your ring can continue to collect data without syncing to your device for up to one week. This would apply in the case that you wanted to enable Airplane Mode for an extended period of time.

Airplane Mode can only be enabled for a maximum of 7 days. This is because Airplane Mode is automatically disabled each time your ring is placed back on its charger. Once Airplane Mode is disabled upon this action, a data sync between your ring and app will be initiated upon re-charging. If you'd like to keep Airplane Mode enabled for extended periods of time, you'll still need to charge your ring every few days for optimal battery performance and daily use. Be sure to re-enable Airplane Mode following the completion of charging—instructions on how to do so can be found in this article.

*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/360025428394.



*See e.g.,* https://Ōuraring.com/Ōura-experience.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/11752397946003-Sleep-Staging-FAQs.

58.    On information and belief, one or more components of the Ōura System employ and provide a method for displaying the information on the mobile device (*e.g.,* displaying information collected by the Ōura Ring).



*See e.g.,* https://Ōuraring.com/.



*See e.g.,* https://Ōuraring.com/Ōura-experience.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/11752397946003-Sleep-Staging-FAQs.

59.    ConnectQuest has been damaged by the direct infringement of Ōura and is suffering and will continue to suffer irreparable harm and damages as a result of this infringement.

## Count III – Infringement of United States Patent No. 9,674,688

60.    ConnectQuest repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

61.    On information and belief, Ōura is in violation 35 U.S. C. § 271(a) with respect to one or more claims of the '688 patent.

62.    On information and belief, Ōura (or those acting on its behalf) makes, uses, sells, imports and/or offers to sell the Ōura Products; and makes, uses, sells, sells access to, imports, offers to sell and/or offers to sell access to the Ōura System in the United States that infringe (literally and/or under the doctrine of equivalents) at least claim 1 of the '688 patent.

63.    On information and belief, one or more components of the Ōura System employ and provide a method including receiving a signal (*e.g.,* receiving a Bluetooth signal) from a geographic location that is positioned within a space defined by an effective reception range (*e.g.,* effective Bluetooth signal range) of a short-range wireless communication transceiver (*e.g.,* Ōura ring), wherein the signal is received from the short-range wireless communication transceiver (*e.g.,* Ōura ring), the signal includes an identification code (*e.g.,* Bluetooth device address), and the receiving is by a wireless mobile device (*e.g.,* user's smartphone) of a user located within the space.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4411128662291.



*See e.g.,* https://www.youtube.com/watch?v=FsHdMzLTUbU.

## What is Bluetooth Address (BD_ADDR)

Bluetooth Device Address (or BD_ADDR) is a unique 48-bit identifier assigned to each Bluetooth device by the manufacturer.

Bluetooth Address is usually displayed as 6 bytes written in hexadecimal and separated by colons (example - 00:11:22:33:FF:EE).

The upper half of a Bluetooth Address (most-significant 24 bits) is so called Organizationally Unique Identifier (OUI). It can be used to determine the manufacturer of a device (Bluetooth MAC Address Lookup form). OUI prefixes are assigned by the Institute of Electrical and Electronics Engineers (IEEE).

Additionally to identification, Bluetooth Device Address is used to determine the frequency hopping pattern in radio communication between Bluetooth devices.

*See e.g.,* https://macaddresschanger.com/what-is-bluetooth-address-BD_ADDR.

**Device Proximity Guidelines**

Your Oura Ring must be within Bluetooth range in order to sync its recorded data with the Oura App. The ring will collect data even when in Airplane Mode or not connected to the app.

*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4408961184147-General-FAQs.

64.    On information and belief, one or more components of the Ōura System employ and provide a method for determining that an application associated with the signal is installed on the mobile device (*e.g.,* Ōura App installed on the user's smartphone is required to pair the Ōura ring).



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4411128662291



*See e.g.,* https://www.youtube.com/watch?v=FsHdMzLTUbU.

## Set Up a New Ring

If you're setting up a new ring for the first time:

1. **Download the Oura App** from the App Store (for iOS) or Google Play (for Android)
2. **Unbox** the ring and charger
3. **Plug the charger into a USB power source**, such as a laptop or supporting power brick

*See e.g.,* https://support.Õuraring.com/hc/en-us/articles/4411128662291-Set-Up-an-Õura-Ring.

8. Place your ring on the charger and make sure that Bluetooth is enabled on your phone, then tap **Continue**

9. Allow the Oura App to use Bluetooth to start pairing with your Oura Ring. Your device will search for Oura Rings nearby

10. Under **Rings near you**, tap on your ring

11. Tap **Pair** to allow Bluetooth pairing

12. Tap **Allow notifications** if you wish to enable notifications

13. You'll have the option to link your Oura App to third-party integrations, including Apple Health and Google Fit. Key metrics recorded by Oura will also be visible in these fitness apps. To enable these options, please see our articles on using app integrations with Oura

*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/360058634153-How-to-Set-Up-the-Ōura-App.

65.    On information and belief, one or more components of the Ōura System employ and provide a method for processing the signal on the mobile device (*e.g.,* user's smartphone), the processing including identifying, by the application (*e.g.,* Ōura App), a retrieval location of information associated with the signal (*e.g.,* a memory location), wherein the processing the signal is performed exclusively by the application executing on the mobile device and independently of any networks.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4411128662291



*See e.g.,* [https://play.google.com/store/apps/details?id=com.Ōuraring.Ōura &hl=en_US&gl=US](https://play.google.com/store/apps/details?id=com.Ōuraring.Ōura&hl=en_US&gl=US)



*See e.g.,* https://Ōuraring.com/Ōura-experience.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/11752397946003-Sleep-Staging-FAQs.

66.    On information and belief, one or more components of the Ōura System employ and provide a method based on the processing, for retrieving the information from the retrieval location using the mobile device (*e.g.,* downloading information from the Ōura Ring).

## Memory Capacity

We recommend you sync your Oura Ring daily with your Oura App. However, the Oura Ring is capable of storing up to one week of data depending on the type and frequency of use. This means that your ring can continue to collect data without syncing to your device for up to one week. This would apply in the case that you wanted to enable Airplane Mode for an extended period of time.

Airplane Mode can only be enabled for a maximum of 7 days. This is because Airplane Mode is automatically disabled each time your ring is placed back on its charger. Once Airplane Mode is disabled upon this action, a data sync between your ring and app will be initiated upon re-charging. If you'd like to keep Airplane Mode enabled for extended periods of time, you'll still need to charge your ring every few days for optimal battery performance and daily use. Be sure to re-enable Airplane Mode following the completion of charging—instructions on how to do so can be found in this article.

*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/360025428394.



*See e.g.,* https://Ōuraring.com/.



*See e.g.,* https://Ōuraring.com/Ōura-experience.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/11752397946003-Sleep-Staging-FAQs.

67.    On information and belief, one or more components of the Ōura System employ and provide a method for displaying the information on the mobile device (*e.g.,* displaying information collecting by the Ring on the Ōura App).



*See e.g.,* https://www.youtube.com/watch?v=FsHdMzLTUbU.



*See e.g.,* https://Ōuraring.com/Ōura-experience.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/11752397946003-Sleep-Staging-FAQs.

68.    ConnectQuest has been damaged by the direct infringement of Ōura and is suffering and will continue to suffer irreparable harm and damages as a result of this infringement.

## Count IV – Infringement of United States Patent No. 9,219,979

69.    ConnectQuest repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

70.    On information and belief, Ōura is in violation 35 U.S.C. § 271(a) with respect to one or more claims of the '979 patent.

71.    On information and belief, Ōura (or those acting on its behalf) makes, uses, sells, imports and/or offers to sell the Ōura Products; and makes, uses, sells, sells access to, imports, offers to sell and/or offers to sell access to the Ōura System in the United States that infringe (literally and/or under the doctrine of equivalents) at least claim 26 of the '979 patent.

72.    On information and belief, one or more components of the Ōura System employ and provide a method for data exchange at a transceiver.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4411128662291.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/11752397946003-Sleep-Staging-FAQs.



**Ōura**
About this app                                                                              ✕

Measuring signals from your body using a ring, Oura delivers personal insights to empower your everyday.

ADVANCED SLEEP MONITORING
See your sleep stages — REM, deep, light — and discover your ideal bedtime.

SIMPLE, PERSONAL INSIGHTS
Three daily scores — Sleep, Activity, and Readiness — give you a clear understanding of the state of your body with actionable guidance on how to stay balanced.

DAILY READINESS SCORE
Find your balance between strain and recovery. Learn how your sleep, activity, and lifestyle choices affect your health each day

LONG-TERM TRENDS
View your daily, weekly, and monthly trends, and discover how your choices and environment affect your body.

RESTING HEART RATE & HRV
Get a clear picture of your recovery by following changes and trends in your nighttime resting heart rate and heart rate variability.

*See e.g.,*

https://play.google.com/store/apps/details?id=com.Ōuraring.Ōura&hl=en_US&gl=US.

73.     On information and belief, one or more components of the Ōura System employ and provide a method for discovering wireless mobile devices (*e.g.,* discovering nearby Bluetooth-enabled devices such as Ōura rings) within a proximity range of the transceiver (*e.g.,* user's smartphone), the discovering performed using the transceiver.




*See e.g.,* https://www.youtube.com/watch?v=FsHdMzLTUbU.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4411128662291.

74.    On information and belief, one or more components of the Ōura System employ and provide a method for initiating communication between the transceiver (*e.g.,* a user's smartphone) and one or more of the wireless mobile devices (*e.g.,* Ōura ring), the initiating performed using the transceiver (*e.g.,* user's smartphone).



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4411128662291.

  

*See e.g.,* https://www.youtube.com/watch?v=FsHdMzLTUbU.

75.     On information and belief, one or more components of the Ōura System employ and provide a method for exchanging data with the one or more of the wireless mobile devices (*e.g.,* Ōura ring), the exchanging including at least one of, receiving input data at the transceiver from at least one of the one or more of the wireless mobile devices (*e.g.,* Ōura ring).



*See e.g.,* https://www.youtube.com/watch?v=FsHdMzLTUbU.

76.     On information and belief, one or more components of the Ōura System employ and provide a method for transmitting output data (*e.g.,* transmitting pairing information from the user's smartphone) from the transceiver to at least one of the one or more of the wireless mobile devices (*e.g.,* Ōura ring), wherein the output data includes a unique identifier (*e.g.,* the pairing information includes data such as the Bluetooth device address) associated with the transceiver.

  

*See e.g.,* https://www.youtube.com/watch?v=FsHdMzLTUbU

77.    ConnectQuest has been damaged by the direct infringement of Ōura and is suffering and will continue to suffer irreparable harm and damages as a result of this infringement.

## JURY DEMANDED

78.    Pursuant to Federal Rule of Civil Procedure 38(b), ConnectQuest hereby requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

ConnectQuest respectfully requests this Court to enter judgment in ConnectQuest's favor and against Ōura as follows:

a.    finding that Ōura has infringed one or more claims of the '906 patent under 35 U.S.C. § 271(a);

b. finding that Ōura has infringed one or more claims of the '642 patent under 35 U.S.C. § 271(a);

c. finding that Ōura has infringed one or more claims of the '688 patent under 35 U.S.C. § 271(a);

d. finding that Ōura has infringed one or more claims of the '979 patent under 35 U.S.C. § 271(a);

e. awarding ConnectQuest pre-judgment and post-judgment interest on the damages award and costs;

f. awarding cost of this action (including all disbursements) and attorney fees pursuant to 35 U.S.C. § 285, or as otherwise permitted by the law; and

g. awarding such other costs and further relief that the Court determines to be just and equitable.

Dated: June 6, 2023                    Respectfully submitted,

                                       */s/ Zachary H. Ellis*
                                       Zachary H. Ellis*
                                       Texas Bar No. 24122606
                                       Tel: 512-829-7992

                                       Of counsel:
                                       Ronald M. Daignault (*pro hac vice* to be filed)*
                                       Chandran B. Iyer (*pro hac vice* to be filed)
                                       Richard Juang (*pro hac vice* to be filed)*
                                       Oded Burger (*pro hac vice* to be filed)*
                                       zellis@daignaultiyer.com
                                       rdaignault@daignaultiyer.com
                                       cbiyer@daignaultiyer.com
                                       rjuang@daignaultiyer.com
                                       oburger@daignaultiyer.com

**DAIGNAULT IYER LLP**
8618 Westwood Center Drive - Suite 150
Vienna, VA 22182

*Attorneys for Plaintiff CONNECTQUEST* LLC

*Not admitted to practice in Virginia